E-FILED
Wednesday, 04 April, 2018 03:11:42 PM
Clerk, U.S. District Court, ILCD

APR 0 4 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL HARI, JOE MORRIS, ) <br> MICHAEL McWHORTER, and ) <br> ELLIS "EJ" MACK, ) <br> ) <br> Defendants. ) | Case No. 18-CR-200 14 <br><br> Title 18, United States Code, <br> Sections 922(o) and 924(a)(2). |

INDICTMENT

COUNT 1
(Unlawful Possession of a Machinegun)

THE GRAND JURY CHARGES:

In or around October of 2017, up to and including February 27, 2018, in Ford County, in the Central District of Illinois, and elsewhere,

**MICHAEL HARI, JOE MORRIS,
MICHAEL McWHORTER, and ELLIS "EJ" MACK,**

defendants herein, knowingly possessed a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Gregory Harris

JOHN E. CHILDRESS
United States Attorney

ELM